No. 79–393. UNITED STATES v. CONWAY. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Salvucci, ante,* p. 83, and *Rawlings* v. *Kentucky, ante,* p. 98.

No. 78–1902. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO v. CONSOLIDATED EXPRESS, INC., ET AL.;

No. 78–1905. NEW YORK SHIPPING ASSN., INC., ET AL. v. CONSOLIDATED EXPRESS, INC., ET AL.; and

No. 79–221. CONSOLIDATED EXPRESS, INC., ET AL. v. NEW YORK SHIPPING ASSN., INC., ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *NLRB* v. *Longshoremen,* 447 U. S. 490 (1980). Reported below: 602 F. 2d 494.

No. 79–809. GRASSI v. UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Walter* v. *United States,* 447 U. S. 649 (1980).

No. 79–921. OHIO v. SMITH. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Ohio* v. *Roberts, ante,* p. 56. MR. JUSTICE STEWART and MR. JUSTICE STEVENS dissent.

No. 79–1242. TIFFANY CONSTRUCTION CO., INC. v. BUREAU OF REVENUE OF NEW MEXICO. Ct. App. N. M. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *White Mountain Apache Tribe* v. *Bracker, ante,* p. 136, and *Central Machinery Co.* v. *Arizona Tax Comm'n, ante,* p. 160.